In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00572-CV
_____

IN THE INTEREST OF G.T.

On Appeal from the County Court at Law No. 1
Montgomery County, Texas
Trial Cause No. 10-08-09110 CV

## MEMORANDUM OPINION

On January 11, 2013, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. We also notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. The appellant did not respond to the Court's notices. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, and there being

1

no reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

       APPEAL DISMISSED.


                                        _____

                                             STEVE McKEITHEN
                                             Chief Justice



Opinion Delivered February 28, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.